**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00579-CR

**DEMARCUS TYSON  AKA ALFONZO DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-49621-R**

## ORDER

In this case, appellant raises an issue related to the costs assessed against him.  The record, however, does not contain a cost bill or other document with an itemized list of costs assessed in this case.  We **ORDER** the Dallas County District Clerk to prepare and file, within seven days of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees.  *See* TEX. CODE CRIM. PROC. ANN. art. 103.001, .006 (West 2006).

The supplemental clerk's record **SHALL ALSO INCLUDE** an explanation of any abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

/s/      MICHAEL J. O'NEILL
         JUSTICE